**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCIS SALEM MICHAEL MALOUF, a.k.a. Fransis Barrac, a.k.a. David Earl Ervin, a.k.a. Francis Maalouf, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-72030 <br><br> Agency No. A020-873-550 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2012[**]

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Francis Salem Michael Malouf, a native of Palestine and citizen of Jordan,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

The BIA did not abuse its discretion in denying Malouf's motion to reopen where Malouf failed to demonstrate materially changed circumstances in Jordan. *See Malty v. Ashcroft*, 381 F.3d 942, 945 (9th Cir. 2004) ("The critical question is . . . whether circumstances have changed sufficiently that a petitioner who previously did not have a legitimate claim for asylum now has a well-founded fear of future persecution."); *Matter of A-N- & R-M-N*, 22 I & N Dec. 953, 954 (BIA 1999) (an alien who has not shown reasonable cause for his absence from his removal hearing must show materially changed circumstances for a motion to reopen to be granted).

**PETITION FOR REVIEW DENIED.**